**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
DANIEL MELCHOR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:21-cr-00047-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO VACATE DETENTION** |
| **v.** | ) | **HEARING** |
| | ) | |
| | ) | |
| **DANIEL MELCHOR,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer, and defendant, Daniel Melchor, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the detention hearing date set for March 23, 2021 at 2:00 p.m., in the above-captioned matter, in the courtroom of the Honorable Kendall J. Newman.

The government moves for detention. The Defense submits to detention based on the Pretrial Services reports dated March 16, 2021 and the Pretrial Services Supplemental report dated March 18, 2021.  The defense submits at this time without prejudice based upon the presumption contained in U.S.C. 3142(e)(3), "that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community if the

1

judicial officer finds that there is probable cause to believe that the person committed (a) an

offense for which a maximum term of imprisonment of ten years or more is prescribed in the

Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export

Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46)."

         Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.


Dated: March 23, 2021                 PHILLIP A. TALBERT
                                  Acting United States Attorney

                          By:     /s/ David Spencer
                                    DAVID SPENCER
                                    Assistant United States Attorney

Dated: March 23, 2021               /s/ Jennifer Mouzis
                                    JENNIFER MOUZIS
                                    Attorney for Defendant
                                    DANIEL MELCHOR


## ORDER


IT IS SO ORDERED.

Dated:  March 23, 2021


KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Vacate Detention Hearing