PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00047-WBS |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| DEMECIO NAVARRO SANCHEZ, and DANIEL MELCHOR, | DATE: May 3, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 3, 2021.

2. By this stipulation, defendants now move to continue the status conference until **June 28, 2021, at 9:00 a.m.**, and to exclude time between May 3, 2021, and June 28, 2021, at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case to date includes more than 240 pages of investigative reports and other documents, as well as audio

and video recordings, cell phone downloads, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants need additional time to review the discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 3, 2021 to June 28, 2021, at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 28, 2021                                    PHILLIP A. TALBERT
                                                                           Acting United States Attorney

                                                                           /s/ DAVID W. SPENCER
                                                                           DAVID W. SPENCER
                                                                           Assistant United States Attorney

| | | |
|---|---|---|
| Dated: April 28, 2021 | | /s/ Lexi Negin |
| | | Lexi Negin |
| | | Counsel for Defendant |
| | | DEMECIO NAVARRO SANCHEZ |

| | | |
|---|---|---|
| Dated: April 28, 2021 | | /s/ Jennifer Mouzis |
| | | Jennifer Mouzis |
| | | Counsel for Defendant |
| | | DANIEL MELCHOR |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED. Moreover, the ongoing COVID-19 pandemic has led to the suspension of jury trials in this district since March 17, 2020, and the General Orders of this court issued in connection with the pandemic allow for continuances and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), with no further findings required. General Orders 611, 612, 617, and 618. Additionally, the April 16, 2020 Order of the Judicial Council of the Ninth Circuit suspended the time limits of 18 U.S.C. § 3161(c) due to a judicial emergency in this district until May 2, 2021. See In re Approval of the Judicial Emergency Decl. in the E. Dist. of Cal., 956 F.3d 1175 (9th Cir. Judicial Council 2020).

Dated: April 29, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE