PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0047-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DEMECIO NAVARRO SANCHEZ, and DANIEL MELCHOR, | DATE: June 28, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 28, 2021.

2. By this stipulation, defendants now move to continue the status conference until August 30, 2021 at 9:00 a.m., and to exclude time between June 28, 2021, and August 30, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case to date includes more than 240 pages of investigative reports and other documents, as well as audio

and video recordings, cell phone downloads, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants need additional time to review the discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 28, 2021 to August 30, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 25, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: June 22, 2021          PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ DAVID W. SPENCER

|  | DAVID W. SPENCER |
|--|--|
|  | Assistant United States Attorney |

Dated:  June 22, 2021        /s/ Lexi Negin
                             Lexi Negin
                             Counsel for Defendant
                             DEMECIO NAVARRO SANCHEZ

Dated: June 22, 2021         /s/ Jennifer Mouzis
                             Jennifer Mouzis
                             Counsel for Defendant
                             DANIEL MELCHOR

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:

THE HONORABLE WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE