JENNIFER MOUZIS
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
DANIEL MELCHOR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **DANIEL MELCHOR,** ) <br> ) <br> Defendant. ) <br> _____ ) | 2:21-cr-00047-02 WBS <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer, and defendant, Daniel Melchor, by and through his counsel, Jennifer Mouzis, **agree and stipulate to vacate the date set for status conference, August 30, 2021 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to September 20, 2021 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb.**

By previous order, this case was set for status conference on June 25, 2021 (ECF 37). Defense counsel requests a continuance as she has been scheduled for trial starting on the date of August 30, 2021. The Government does not object to this continuance.

Based upon the foregoing, the parties stipulate that that the ends of justice served by

granting the continuance outweighs the best interest of the public and the defendants in a speedy trial.  The parties also agree and stipulate that time under the Speedy Trial Act should be excluded as of August 26, 2021, through and including September 20, 2021; pursuant to 18 U.S. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479 [Local Code T4] [reasonable time to prepare and continuity of counsel].

        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: August 26, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney

                                 By:     /s/ David Spencer
                                          DAVID SPENCER
                                          Assistant United States Attorney

Dated: August 26, 2021                     /s/ Jennifer Mouzis
                                          JENNIFER MOUZIS
                                          Attorney for Defendant
                                          DANIEL MELCHOR

//

**ORDER**

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders from the time of the parties' stipulation, August 26, 2021, up to and including September 20, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 [Local Code T4] [reasonable time to prepare and continuity of counsel]. **It is further ordered** the August 30, 2021 status conference shall be continued until September 20, 2021, at 9:00 a.m. IT IS SO ORDERED.

Dated: August 26, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE