**JENNIFER MOUZIS**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
Daniel Melchor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-cr-00047-WBS-2 |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| v. | ) ) ) | |
| DANIEL MELCHOR, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer and defendant, Daniel Melchor, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing, December 13, 2021 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to January 31, 2022 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb. Federal Probation Officer, Janice Slusarenko, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

//

| | |
|---|---|
| Proposed Pre-Sentence Report | December 20, 2021 |
| Written objections to the PSR | January 3, 2022 |
| Final PSR | January 10, 2022 |
| Formal objections to PSR | January 14, 2022 |
| Reply, or Statement of Non-Opposition | January 24, 2022 |

The reason for the continuance is that defense needs additional time to complete investigation related to sentencing and mitigation.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 15, 2021                   PHILLIP A. TALBERT
                                          Acting United States Attorney

                                    By:   /s/ David Spencer
                                          DAVID SPENCER
                                          Assistant United States Attorney

Dated: October 15, 2021                   /s/ Jennifer Mouzis
                                          JENNIFER MOUZIS
                                          Attorney for Defendant
                                          Daniel Melchor

//

# ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of December 13, 2021, at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on January 31, 2022, at 9:00 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed Pre-Sentence Report | December 20, 2021 |
| Written objections to the PSR | January 3, 2022 |
| Final PSR | January 10, 2022 |
| Formal objections to PSR | January 14, 2022 |
| Reply, or Statement of Non-Opposition | January 24, 2022 |

IT IS SO ORDERED.

Dated: October 18, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE