**JENNIFER MOUZIS**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
Daniel Melchor

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:21-cr-00047-02 WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| v. | |
| **DANIEL MELCHOR,** | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer and defendant, Daniel Melchor, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing, March 28, 2022 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to May 9, 2022 at 9:00 a.m. in the courtroom of the Honorable William B. Shubb.  Federal Probation Officer, Janice Slusarenko, also agrees to this change.

The reason for the continuance is that the Defense needs additional time to file the Sentencing Memorandum by completing additional investigation related to sentencing and mitigation.

//

1

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: March 21, 2022                          PHILLIP A. TALBERT
                                               United States Attorney

                                   By:    /s/ David Spencer
                                          DAVID SPENCER
                                          Assistant United States Attorney

Dated: March 21, 2022                           /s/ Jennifer Mouzis
                                               JENNIFER MOUZIS
                                               Attorney for Defendant
                                               Daniel Melchor

## ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of March 28, 2022, at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on May 9, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  March 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE