HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DANIEL MELCHOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MELCHOR,<br><br>Defendant. | No. Cr. S 21-47-02 WBS<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable WILLIAM B. SHUBB |

Defendant, DANIEL MELCHOR, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On May 9, 2022, this Court sentenced Mr. Melchor to 56 months imprisonment;

4. Mr. Melchor's total offense level was 27, his criminal history category was I (having zero criminal history points), and the resulting guideline range was 70 to 87 months. Mr. Melchor was found to be safety valve eligible and therefore, the Court was not bound by the statutory mandatory minimum term of imprisonment;

5. The sentencing range applicable to Mr. Melchor was subsequently lowered by the zero-point provision;

6. Mr. Melchor is eligible for a reduction in sentence, which reduces his total offense level by 2 from 27 to 25, resulting in an amended advisory guideline range of 57 to 71 months;

7. When the defendant's original sentence was below the applicable guideline range, the court may, in accordance with the exception set forth in USSG § 1B1.10(b)(2)(B), grant a comparable reduction below the amended guideline range;

8. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Melchor's term of imprisonment to 46 months, effective February 1, 2024.

Respectfully submitted,

Dated:  January 16, 2024                                      Dated:   January 16, 2024

PHILLIP A. TALBERT                                            HEATHER E. WILLIAMS
United States Attorney                                        Federal Defender


 /s/ *Shelley D. Weber*                                          /s/ *David M. Porter*
SHELLEY D. WEGER                                              DAVID M. PORTER
Assistant U.S. Attorney                                       Assistant Federal Defender

Attorney for Plaintiff                                        Attorney for Defendant
UNITED STATES OF AMERICA                                      DANIEL MELCHOR

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Melchor is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 57 to 71 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b)(2)(B), the term of imprisonment imposed in May 2022 is reduced to 46 months, effective February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Melchor shall report to the United States Probation Office within seventy-two hours after his release.

Dated: January 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE