AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:21-cr-00047-WBS   Document 104   Filed 01/23/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
### for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:21CR00047-02 WBS |
| | ) |
| DANIEL MELCHOR | ) USM No: 34642-509 |
| Date of Original Judgment: 5/9/2022 | ) |
| Date of Previous Amended Judgment: | ) David Porter, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 56 months **is reduced to** 46 months .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 5/11/2022 shall remain in effect.
**IT IS SO ORDERED**.

*Order Date:* January 23, 2024

Effective Date: 2/1/2024
*(if different from order date)*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
*Printed name and title*